**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 26-6079**

JOHNNY HYDE,

Plaintiff - Appellant,

v.

DR. LINDWOOD A. ROBINSON,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:24-ct-03072-BO-RJ)

Submitted:  July 16, 2026                                      Decided:  July 21, 2026

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnny Wayne Hyde, Appellant Pro Se.  Jennifer Dotson Maldonado, BATTEN MCLAMB SMITH, PLLC, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Hyde appeals the district court's order granting summary judgment to Defendant on Hyde's 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs.  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order.  *Hyde v. Robinson*, No. 5:24-ct-03072-BO-RJ (E.D.N.C. Dec. 2, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*